# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CASEY DIENEL, | )<br>) |
| Plaintiff, | ) Case No. 3:16-cv-00978 |
| | ) Judge Steeh |
| v. | ) Magistrate Judge Newbern |
| | ) |
| WARNER-TAMERLANE PUBLISHING CORP., et al., | ) JURY DEMAND<br>) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S [PROPOSED] FIRST AMENDED CASE MANAGEMENT ORDER

In advance of the previously scheduled case management conference set for May 2, 2017 at 9:30 a.m. (Dkt. 36, p. 9; Dkt.81), Plaintiff submitted a proposed First Amended Case Management Order (Dkt. 85). Defendants do not object to the deadlines contained in Plaintiff's proposed First Amended Case Management Order (Dkt. 85).

Respectfully submitted,

s/ Timothy L. Warnock
Timothy L. Warnock (BPR No. 12844)
Keane A. Barger (BPR No. 33196)
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700 (Telephone)
(615) 320-3737 (Fascimile)
twarnock@rwjplc.com
kbarger@rwjplc.com

*Attorneys for Defendants Justin Bieber, UMG Recordings, Inc., UMG Commercial Services, Inc., and Universal Music Corp.*


s/ Robb S. Harvey (w/p TLW)
Robb S. Harvey
John E. Haubenreich
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
robb.harvey@wallerlaw.com
john.haubenreich@wallerlaw.com

*Attorneys for Warner-Tamerlane Publishing Corp., Sonny Moore, Kobalt Music Publishing America, Inc., Michael Tucker, Julia Michaels and Justin Tranter*

## CERTIFICATE OF SERVICE

       I certify that a true and correct copy of the foregoing has been served upon the following via the Court's ECF system:

Howell O'Rear
Seth M. McInteer
McInteer & O'Rear PLC
2801 12th Avenue South
Nashville, TN 37204
howell@mcolawfirm.com
seth@mcolawfirm.com

*Attorneys for Plaintiff*

this 28th day of April, 2017.

                                                         s/ Timothy L. Warnock